# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 05-96 |
| vs. | |
| KELLIE THERESA JOHNSON-LINGG LORAN J. LINGG | |
| Defendant(s) | |

## ORDER

**AND NOW**, this 3-l day of January , 200: upon consideration of the Schedule of

Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for

Default Judgment, providing for sale of the Property located at 2267 Woodbine Road Airville, PA 17302

("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY**

**ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered

on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in

accordance with the Schedule of Distribution.

BY THE COURT:

John E. Jones III
United States District Judge